ERIE RAILROAD COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Argued January 4, 1917—Decided October 11, 1917.

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 57.

For the appellant, *Collins & Corbin.*

For the respondents, *L. Edward Herrmann* and *Edward F. Merrey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, KALISCH, WHITE, WILLIAMS, TAYLOR, GARDNER, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, HEPPENHEIMER, JJ. 5.